UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: 7:16-CR-7-60

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| SETH AUSTIN JARMAN | |

On motion of the Defendant, Seth Austin Jarman, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry 56 be sealed by this Court.

Accordingly, it is ORDERED that Docket Entry 56 be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This the 8 day of May, 2017.

_____
The Honorable Terrence W. Boyle
United States District Judge